Jefferson T. Collins, Bar #016428
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-7346
Fax:  (602) 200-7825
jcollins@jshfirm.com

Attorneys for Defendant Home Depot USA,
Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Valenzuela, | No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Home Depot USA, Inc., a foreign corporation, dba "The Home Depot"; John Does I-V and Jane Does I-V; ABC Corporations I-V; and Black and White Partnerships I-V, | |
| Defendants. | |

Defendant Home Depot USA, Inc., by and through undersigned counsel, files this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

1.     On or about March 21, 2022, this action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa under the caption *Rebecca Valenzuela v. Home Depot, USA, Inc., et al*., CV2022-091215. Copies of the initial state court pleadings are attached hereto as Exhibit A.  Defendant was served by process on June 8, 2022.

2.     Defendant Home Depot U.S.A., Inc. is a foreign corporation (Delaware) with its principal place of business in Atlanta, Georgia. According to the Complaint, Plaintiffs are residents and citizens of Maricopa County, Arizona.

3.     This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states.  In the Complaint, Plaintiff certified this matter as Tier 3 pursuant to Rule 26.2(c)(3), ARCP, indicating Plaintiff is claiming more than $300,000 in damages. Therefore, this action meets the requirements for this Court's diversity jurisdiction and may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

4.     Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

5.     A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit B.

WHEREFORE, Defendant Home Depot U.S.A., Inc. respectfully requests that this action be removed to this Court

DATED this 6th day of July, 2022.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Jefferson T. Collins

Jefferson T. Collins
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Home Depot
USA, Inc.

2

10766354.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Kathy Kleinschmidt

10766354.1