# EXHIBIT A

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
S. Allen, Deputy
3/21/2022 3:46:26 PM
Filing ID 14075012

Person/Attorney Filing: Adam Barlow
Mailing Address: 4704 E. Southern Ave.
City, State, Zip Code: Mesa, AZ 85206
Phone Number: (480)835-5553X2
E-Mail Address: adam@adambarlowlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 027636, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Rebecca Valenzuela
Plaintiff(s),
v.
Home Depot USA, Inc.
Defendant(s).

Case No. CV2022-091215

**SUMMONS**

To: Home Depot USA, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *March 21, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *SENA ALLEN*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
S. Allen, Deputy
3/21/2022 3:46:26 PM
Filing ID 14075009

Adam W. Barlow #027636
**ADAM BARLOW LAW, P.C.**
4704 E. Southern Ave.
Mesa, AZ 85206
Phone:  (480) 835-5553
Facsimile:  (855) 688-4529
*adam@adambarlowlaw.com*
Attorney for Plaintiff

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| REBECCA VALENZUELA, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA INC., a foreign corporation, dba "The Home Depot"; JOHN DOES I-V and JANE DOES I-V; ABC CORPORATIONS I-V; and BLACK and WHITE PARTNERSHIPS I-V,<br><br>Defendant. | Case No.   CV2022-091215<br><br>**COMPLAINT**<br><br>(Tort Non-Vehicle / Negligence) |

Plaintiff alleges:

ONE: Plaintiff, REBECCA VALENZUELA is a resident of Maricopa County, State of Arizona and the acts which are complained of herein occurred in Maricopa County.

TWO: Defendant Home Depot USA INC is a Georgia Corporation doing business as The Home Depot in Maricopa County, State of Arizona.

THREE: All JOHN DOES I-V and JANE DOES I-V are fictitious names for persons whose identities are not known to the Plaintiff at this time, but who may have been employees or agents of Defendant(s) or may otherwise be liable to Plaintiff. Plaintiff respectfully requests leave to amend the Complaint to insert their true names when they become known. Any Defendant who was married at the time this cause accrued was, at all times relevant hereto, acting individually and for and on behalf of his or her respective marital community.

FOUR:   All ABC CORPORATIONS I-V are fictitious names denoting business or governmental entities which may have been employers, principals, joint venturers of the Defendant(s) or may otherwise be liable to Plaintiff, whose identities are not known at this time, but who are or may be liable to the Plaintiff. Plaintiff respectfully requests leave to amend the Complaint to insert their true names when they become known.

FIVE:   All BLACK AND WHITE PARTNERSHIPS I-V are fictitious names denoting business or governmental entities which may have been employers, principals or joint venturers of the Defendant(s) or may otherwise be liable to Plaintiff, whose identities are not known at this time, but who are or may be liable to the Plaintiff. Plaintiff respectfully requests leave to amend the Complaint to insert their true names when they become known.

## DISCOVERY TIER

Pursuant to Arizona Rules of Civil Procedure, Rule 26.2(c)(3), this case should be assigned as a Tier 3 case, claiming $300,000 or more in damages.

## STATEMENT OF FACTS AND BREACH

## GENERAL ALLEGATIONS

SIX:   On or about May 27, 2021, Rebecca Valenzuela was shopping at Home Depot, located at 1740 S. Country Club Drive in Mesa, Arizona. While looking up at products on a shelf, the Plaintiff stepped backwards brushing up against a fire extinguisher that had not been properly secured in place. The fire extinguisher fell onto the Plaintiff's left ankle.

SEVEN:   As a further direct and proximate result of Defendants' negligence, Plaintiff was forced to undergo medical treatment and incur expenses for the same in amounts which are continuing in nature.

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants separately and jointly as follows:

1. For Plaintiff's individual damages in amounts which are fair and reasonable;

2. For Plaintiff's individual medical expenses and treatment, past and future;

3. For interest on the judgment for Plaintiff's special damages at the maximum rate allowed by law from the date each item of special damages was incurred until paid;

4. For Plaintiff's lost wages and/or lost earnings, past and future;

5. For Plaintiff's cost of suit and such further relief as the Court deems just.

DATED this 21st day of March, 2022.

ADAM BARLOW LAW, P.C.

/s/ Adam W. Barlow
Adam W. Barlow
Attorney for Plaintiff

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
S. Allen, Deputy
3/21/2022 3:46:26 PM
Filing ID 14075011

Person/Attorney Filing: Adam Barlow
Mailing Address: 4704 E. Southern Ave.
City, State, Zip Code: Mesa, AZ 85206
Phone Number: (480)835-5553X2
E-Mail Address: adam@adambarlowlaw.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 027636, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

Rebecca Valenzuela
Plaintiff(s),
v.
Home Depot USA, Inc.
Defendant(s).

Case No. CV2022-091215

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Adam Barlow /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #6644480

| Office Distribution | SUPERIOR COURT OF ARIZONA<br>MARICOPA COUNTY | **FILED**<br>05/25/2022<br>by Superior Court Admin<br>on behalf of Clerk of the<br>Superior Court |
|---|---|---|

05/21/2022

COURT ADMINISTRATION

Ct. Admin
Deputy

**Case Number:** CV2022-091215

**Rebecca Valenzuela**

**V.**

**Home Depot U S A Inc**

---

The Judge assigned to this action is the Honorable Stephen M. Hopkins

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 03/21/2022 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 06/20/2022. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

## Superior Court of Maricopa County - integrated Court Information System
### Endorsee Party Listing
Case Number: CV2022-091215

| Party Name | Attorney Name | |
|---|---|---|
| Rebecca Valenzuela | Adam W Barlow | Bar ID: 027636 |

ADAM BARLOW LAW
4704 E Southern Ave
Mesa, AZ 85206

Firm File #:

CLERK OF THE
SUPERIOR COURT
FILED
JWood , DEP

22 JUN 13 AM 9: 18

### IN THE MARICOPA COUNTY SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| REBECCA VALENZUELA<br><br>Plaintiff,<br><br>vs<br><br>HOME DEPOT USA INC<br><br>Defendant. | CASE NO. CV2022-091215<br><br>CERTIFICATE OF SERVICE BY PRIVATE PROCESS SERVER |

Server: Tyler Chapman, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by the MARICOPA , did receive the following documents:

**Documents:**

Certificate of Compulsory Arbitration, Complaint, Summons

**ORIGINAL**

| | |
|---|---|
| **Entity / Person to Serve:** | **HOME DEPOT USA INC** |
| **Date Served:** | 6/8/2022    **Time Served:**    10:04 AM |
| **Type of Service:** | Upon Corporations, Partnerships, Unincorporated Associations |
| **Method of Service:** | By delivering copies, of the listed documents, to the Statutory Agent, a Partner, Officer, Managing or General Agent. |
| **Explanation of Service:** | Serve was made upon HOME DEPOT USA INC by leaving documents with Valjeana Begay, who was authorized to accept. |
| **Entity/Person Served:** | VALJEANA BEGAY |
| **Job Title/ Relationship:** | Agent Authorized to Accept |
| **Location/Address of Service:** | 8825 N 23rd Ave Ste 100 Phx AZ 85021 |

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date

**DATED: 6/9/2022**

Tyler Chapman 8992

**Charges:**

$76.85  Mileage Fee (29.00 miles x $2.65)

$20.00  Service Fee ($1.00 x $20.00)

$10.00  Document Prep Fee

**$106.85 Total**

**DIRECT ACCESS**
LEGAL SERVICES
Providing Timely Service & Direct Access for Our Clients

165 E Southern Ave #103
Mesa, AZ 85210
Phone: 480 464 8484
Email: admin@dalsaz.com